IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE B. STRASSBAUGH, JR.,

    Plaintiff(s),

v.

MUNICIPALITY OF MT. LEBANON,
PENNSYLVANIA OFFICER EDWARD
KRAPPWEISS individually, OFFICER
RICHARD PATRUS individually, OFFICER
JAMES HUGHES individually,

    Defendant(s).

07cv1442
**ELECTRONICALLY FILED**

## Order of Court

And now, this 10th day of October, 2008, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED that defendants' motion for summary judgment (doc. no. 43) is GRANTED IN PART AND DENIED IN PART. Said motion is GRANTED as to all claims against the Municipality of Mt. Lebanon, and is GRANTED as to the First Amendment and Fourteenth Amendment claims against the individual defendants. In all other respects, said motion is DENIED.[1]

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

---

[1] Because plaintiff has dismissed his state law claims, the motion for summary judgment on this point is DENIED AS MOOT. Thus, the three (3) individual defendants remain as parties in this action with only the false arrest, malicious prosecution, and unlawful search claims under the Fourth Amendment remaining.